**FILED**

FEB 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*felony* NF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

## 08CR 0151

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒ YES ☐ If the answer is "Yes", list the case number and title of the earliest filed complaint:

**JUDGE BUCKLO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO X YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

**MAGISTRATE JUDGE MASON**

3) Is this a re-filing of a previously dismissed indictment or information? NO X YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO X YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? NO X YES ☐

6) What level of offense is this indictment or information? FELONY X MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants? NO X YES ☐

8) Does this indictment or information include a conspiracy count? NO ☐ YES X

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide .......... (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances ... (III) |
| ☐ Criminal Antitrust ...... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses .. (IV) |
| ☐ Bank robbery ......... (II) | X Other Fraud .......... (III) | ☐ Immigration Laws ......... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws ......... (IV) |
| ☐ Assault ............. (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act ......... (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........ (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail ............. (III) |
| ☐ Postal Embezzlement ... (IV) | ☐ DAPCA Marijuana ....... (III) | ☐ Other Federal Statutes ....... (III) |
| ☐ Other Embezzlement .... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
18 U.S.C. § 1029 (a)(2) and (b)(2)

MARNY M. ZIMMER
Assistant United States Attorney

(Revised 12/99)